UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY L. PINCKNEY and GERTRUDE PINCKNEY )
Individually and on Behalf of All Others Similarly )
Situated, )
                           Plaintiffs, )
                           v. )      CASE NO. 04-10189-NG

BIOPURE CORPORATION, THOMAS MOORE and )
CARL W. RAUSCH, )
                           Defendants. )

## ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

Defendants Biopure Corporation, Thomas A. Moore and Carl W. Rausch hereby move for an Order extending the time to answer, move or otherwise respond to Plaintiffs' Class Action Complaint.

In support of their motion, Defendants state as follows:

1. Counsel for Plaintiffs have assented to the extension of the deadline provided by the Fed. R. Civ. P. for response to the Class Action Complaint to and including March 15, 2004.

2. In the meantime, the parties intend to discuss further scheduling issues concerning the motion for appointment of lead plaintiff and the filing of an amended consolidated class action complaint.

LITDOCS:536038.1

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the time for Defendants to answer, move or otherwise respond to Plaintiffs' Class Action Complaint up to and including March 15, 2004.

BIOPURE CORPORATION, THOMAS A. MOORE AND CARL W. RAUSCH

By their attorneys,

*/s/ Eunice E. Lee*

Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: February 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on February 5, 2004.

*/s/ Eunice E. Lee*
Eunice E. Lee

-2-

LITDOCS:536038.1