&lt;HELP&gt; for explanation.                                              P060 Equity **HP**

## Comp/CLOSE/PRICE
BIOPURE CORP            (BPUR    US)         PRICE 1.79        Q    $    DELAYED
                                                         HI 2.61       ON 12/30/03
Range 12/26/03 to 3/ 1/04    Period D Daily     AVE 2.0295     VL  1104555
                         USD     Market U Trade     LOW 1.36        ON  2/24/04

Page 1 / 2

|   | DATE | PRICE | VOLUME |   | DATE | PRICE | VOLUME |   | DATE | PRICE | VOLUME |
|---|------|-------|--------|---|------|-------|--------|---|------|-------|--------|
| F |      |       |        | F | 2/13 | 2.12  | 1085488| F | 1/23 | 2.09  | 543610 |
| T |      |       |        | T | 2/12 | 2.06  | 1017778| T | 1/22 | 2.06  | 738922 |
| W |      |       |        | W | 2/11 | 1.93  | 441975 | W | 1/21 | 2.22  | 578078 |
| T |      |       |        | T | 2/10 | 1.87  | 510192 | T | 1/20 | 2.23  | 1657382|
| M | 3/ 1 | 1.79  | 406200 | M | 2/ 9 | 1.86  | 322993 | M | 1/19 |       |        |
|   |      |       |        |   |      |       |        |   |      |       |        |
| F | 2/27 | 1.78  | 1205734| F | 2/ 6 | 1.93  | 347555 | F | 1/16 | 2.02  | 825830 |
| T | 2/26 | 1.59  | 1088220| T | 2/ 5 | 1.88  | 225317 | T | 1/15 | 1.99  | 1374840|
| W | 2/25 | 1.42  | 1299687| W | 2/ 4 | 1.86  | 470128 | W | 1/14 | 1.88  | 973847 |
| T | 2/24 | L1.36 | 3513561| T | 2/ 3 | 1.93  | 411181 | T | 1/13 | 1.91  | 2670596|
| M | 2/23 | 1.62  | 1060401| M | 2/ 2 | 1.85  | 485001 | M | 1/12 | 2.06  | 1777921|
|   |      |       |        |   |      |       |        |   |      |       |        |
| F | 2/20 | 1.78  | 1578405| F | 1/30 | 1.86  | 1465165| F | 1/ 9 | 2.23  | 800781 |
| T | 2/19 | 1.95  | 491905 | T | 1/29 | 2.03  | 468694 | T | 1/ 8 | 2.26  | 2082591|
| W | 2/18 | 1.96  | 464825 | W | 1/28 | 2.06  | 497823 | W | 1/ 7 | 2.38  | 533320 |
| T | 2/17 | 2.05  | 431694 | T | 1/27 | 2.129 | 331904 | T | 1/ 6 | 2.44  | 661816 |
| M | 2/16 |       |        | M | 1/26 | 2.16  | 423139 | M | 1/ 5 | 2.47  | 666902 |

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2004 Bloomberg L.P.
G689-429-0 01-Mar-04 10:51:24